Marc A. Karish (State Bar No. 205440)
A. Eric Bjorgum (State Bar No. 198392)
Daniel R. Kimbell (State Bar No. 136837)
KARISH & BJORGUM, PC
16 N. Marengo Avenue, Suite 307
Pasadena, California  91101
Telephone: (213) 785-8070
Facsimile: (213) 995-5010
E-Mail: marc.karish@kb-ip.com

Attorneys for Plaintiff
NATROL, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATROL, INC., a California corporation, dba Medical Research Institute,<br><br>            Plaintiff,<br><br>     vs.<br><br>METABOLIC RESPONSE MODIFIERS, a California corporation; and DOES 1 – 10, inclusive,<br><br>            Defendants. | Case No. CV-12-09979-CAS(VBKx)<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

## STIPULATION

IT IS HEREBY STIPULATED by and among all parties to this action, through their designated counsel of record, that (1) the parties have reached a settlement of all claims, demands, causes of action and counterclaims, (2) that this action be and hereby is dismissed with prejudice, and (3) the Court shall retain jurisdiction to enforce the settlement.

Dated: September 25, 2013        KARISH & BJORGUM, PC

By: /s/ Marc Karish
Marc A. Karish
Attorneys for Plaintiff
NATROL, INC.

Dated: September 25, 2013        HEATH LAW, P.C.

By: /s/ Steven Heath
Steven A Heath
Attorneys for Defendant
CHEMI-SOURCE, INC. dba MRM,
erroneously sued as METABOLIC
RESPONSE MODIFIERS, INC.

## ORDER

Having read and considered the foregoing Stipulation, and good cause appearing, it is hereby ordered that this action be dismissed with prejudice. This Court will retain jurisdiction to enforce the settlement.

IT IS SO ORDERED.

Dated: September 27, 2013        *Christina A. Snyder*

CHRISTINA A. SNYDER
United States District Court Judge

2

**STIPULATED DISMISSAL WITH PREJUDICE**